UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

    Plaintiff,

                                            Hon. Sally J. Berens

v.

                                            Case No. 1:25-mj-140

TIMOTHY RYAN GALBRAITH,

    Defendant.

_____/

## ORDER OF DETENTION

       Defendant appeared before me on March 18, 2025, with appointed counsel for a detention

hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights,

including those attendant to a bond hearing, defendant waived his right to the hearing. I find that

his waiver was knowingly and voluntarily entered.

       Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

       DONE AND ORDERED on March 18, 2025.

                               /s/ Sally J. Berens_____
                              SALLY J. BERENS
                              U.S. Magistrate Judge